UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER SHIN,<br><br>       Plaintiff,<br><br>  -against-<br><br>NBC UNIVERSAL MEDIA, LLC,<br><br>       Defendant. | 23-CV-10996 (LJL)<br><br>ORDER OF SERVICE |

LEWIS J. LIMAN, United States District Judge:

  Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

  The Clerk of Court is directed to issue a summons as to Defendant NBC Universal Media, LLC. Plaintiff is directed to serve the summons and complaint on Defendant within 90 days of the issuance of the summons.[1]

  If within those 90 days, Plaintiff has not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims against Defendant under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

  Plaintiff may receive court documents by email by completing the attached form, Consent to Electronic Service.[2]

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint because she had not paid the filing fees. The Court therefore extends the time to serve until 90 days after the date the summons is issued.

[2] If Plaintiff consents to receive documents by email, Plaintiff will no longer receive court documents by regular mail.

The Clerk of Court is directed to mail an information package to Plaintiff.

SO ORDERED.

Dated: January 8, 2024
       New York, New York

LEWIS J. LIMAN
United States District Judge