

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Jacob D. Albertson
Partner, through his professional corporation
(917) 546-7714 Phone
(917) 546-7679 Fax
j1a@msk.com

July 15, 2024

**VIA ECF**
The Honorable Lewis J. Liman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15C
New York, NY 10007-1312

> REQUEST GRANTED.
> The Initial Pretrial Conference is rescheduled to July 30, 2024 at 2:00PM. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101. Parties are reminded to jointly submit, by one week prior to the conference, a proposed Case Management Plan and Scheduling Order consistent with the Court's individual practices.
>
> 7/16/2024   SO ORDERED.
>
> LEWIS J. LIMAN
> United States District Judge

**Re:** *Jennifer Shin v. NBC Universal Media, LLC*; Case No. 23-CV-10996
<u>**(First Letter Motion to Reschedule Initial Pretrial Conference)**</u>

Dear Judge Liman:

We are counsel to Defendants NBC Universal Media, LLC and Jeffrey Pinard ("Defendants") in the above-referenced matter. We submit this letter motion, pursuant to Rules 1(D) and 4(B) of Your Honor's Individual Practices, to respectfully request that the Court set an alternate date for the Initial Pretrial Conference.

By Order dated July 3, 2024, this Court set the Initial Pretrial Conference for July 23, 2024 at 2:00 p.m. Defendants have conferred with Plaintiff Jennifer Shin, who informed Defendants that she is unavailable on the scheduled date. The following alternate dates and times are available for the parties:

- July 30, 2024 at 2:00 p.m.
- July 30, 2024 at 3:00 p.m.
- July 31, 2024 at 2:00 p.m.

No prior request for an adjournment of the Initial Pretrial Conference has been made.

The proposed adjournment would affect the deadline to submit a joint proposed Case Management Plan and Scheduling Order pursuant to Your Honor's Rule 4(B).

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Jacob D. Albertson

Jacob D. Albertson
Partner, through his professional corporation of
MITCHELL SILBERBERG & KNUPP LLP

Cc: Plaintiff Jennifer Shin (via email and US Mail)

437 Madison Ave., 25th Floor, New York, New York 10022-7001
Phone: (212) 509-3900 Fax: (212) 509-7239 Website: WWW.MSK.COM

20038251.1