```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
JENNIFER SHIN,                                                   :
                                                                 :
                      Plaintiff,                                 :
                                                                 :
        -v-                                                      :
                                                                 :
NBC UNIVERSAL MEDIA, LLC and JEFFREY                             :
PINARD *in his individual and professional capacities*           :
                                                                 :
                      Defendant.                                 :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/2024

23-cv-10996 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court will hold a telephonic status conference on November 13, 2024 at 11:00 AM. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

SO ORDERED.

Dated: November 4, 2024
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge