```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
JENNIFER SHIN,                                                     :
:
:
                         Plaintiff,                                :
:          23-cv-10996 (LJL)
           -v-                                                     :
:              ORDER
:
NBC UNIVERSAL MEDIA, LLC and JEFFREY                               :
PINARD *in his individual and professional capacities*             :
:
                         Defendants.                               :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court memorializes the orders issued at the telephonic conference held on November 13, 2024.

      By November 15, 2024, Defendants shall file and serve a notice in accordance with Local Civil Rule 12.1.  Provided that the notice is timely filed and served, Defendants are relieved of the obligation to have served and filed such a notice with their motion to dismiss.

      The Court orders the following briefing schedule on Defendants' motion to dismiss, Dkt. No. 18:  No later than December 6, 2024, Plaintiff shall email a copy of her opposition to the motion to dismiss to Defendants' counsel and shall also file it on the docket.  Defendants shall file a reply in support of the motion to dismiss no later than December 23, 2024.

      Defendants' unopposed motion to stay discovery pending the Court's resolution of the motion to dismiss is granted.  Within two weeks of any resolution of the motion to dismiss that sustains the complaint in whole or in part, Defendants shall file a letter requesting a status conference for the purpose of establishing a case management plan.

SO ORDERED.

Dated: November 13, 2024
      New York, New York

                                       LEWIS J. LIMAN
                               United States District Judge