UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/12/2025
```

-------------------------------------------------------------------X
            :

JENNIFER SHIN,            :

            :

        Plaintiff,     :

            :       23-cv-10996 (LJL)

   -v-         :

            :       <u>ORDER</u>

NBC UNIVERSAL MEDIA, LLC and JEFFREY   :
PINARD *in his individual and professional capacities*  :

            :

        Defendants.    :

            :

-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      On February 7, 2025, the Court granted Defendants' motion to dismiss Plaintiff's first amended complaint without prejudice.  Dkt. No. 47.  The Court gave Plaintiff leave to file a second amended complaint "within 30 days of this Opinion and Order or, in other words, by March 10, 2025."  *Id.* at 27.  The Court noted that "[i]f Plaintiff does not file a second amended complaint by March 10, 2025, the Court will direct the Clerk of Court to close the case."  *Id.*

      That deadline has passed and Plaintiff has not filed a second amended complaint.  The Clerk of Court is respectfully directed to close this case and to terminate all pending deadlines and conferences.

SO ORDERED.

Dated: March 12, 2025
      New York, New York      _____
                          LEWIS J. LIMAN
                     United States District Judge