**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JENNIFER SHIN,

                            Plaintiff,

        -against-                                                23 **CIVIL** 10996 (LJL)

                                                                    <u>**JUDGMENT**</u>

NBC UNIVERSAL MEDIA, LLC and JEFFREY
PINARD *in his individual and professional capacities*,

                            Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated March 12, 2025, the 30 day deadline  has passed and Plaintiff

has not filed a second amended complaint. Accordingly, the case is closed.

**Dated:**  New York, New York

    March 12, 2025


                                                            **TAMMI M HELLWIG**
                                                            **Clerk of Court**

                        **BY:**

                                        _____
                                                **Deputy Clerk**