```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/2/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
JENNIFER SHIN,                                                   :
:
                                  Plaintiff,                     :
:      23-cv-10996 (LJL)
                  -v-                                            :
:           ORDER
:
NBC UNIVERSAL MEDIA, LLC and JEFFREY                             :
PINARD *in his individual and professional capacities*           :
:
                                  Defendants.                    :
:
-----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

On February 7, 2025, the Court granted Defendants' motion to dismiss Plaintiff's first amended complaint without prejudice. Dkt. No. 47. The Court gave Plaintiff leave to file a second amended complaint "within 30 days of this Opinion and Order or, in other words, by March 10, 2025." *Id.* at 27. The Court noted that "[i]f Plaintiff does not file a second amended complaint by March 10, 2025, the Court will direct the Clerk of Court to close the case." *Id.*

On March 12, 2025, the Court noted that Plaintiff had not filed a second amended complaint by that deadline. The Court accordingly directed the Clerk of Court to close the case and to terminate all pending deadlines and conferences. Dkt. No. 48. The Clerk of Court entered judgment on March 12, 2025. Dkt. No. 49. The Court's Opinion and Order and the Clerk of Court's judgment were mailed to Plaintiff on March 13, 2025. *See* Mailing Receipts dated March 13, 2025.

On March 27, 2025, the Court received the attached email and attachments from Plaintiff.[1] In the email and attached letter, Plaintiff states that she has been experiencing issues with mail delivery and has not received any communications concerning this case since receiving Defendants' reply memorandum of law in support of the motion to dismiss in December 2024.

The Court construes Plaintiff's email as a motion for relief from a judgment pursuant to Federal Rule of Civil Procedure 60(b). Defendant may respond to Plaintiff's motion no later than April 16, 2025. Plaintiff may file a reply memorandum of law in support of her motion no later than April 30, 2025.

The Clerk of Court is respectfully directed to mail Plaintiff a copy of this Order, the Court's Opinion and Order, and the Clerk of Court's judgment.

SO ORDERED.

Dated: April 2, 2025
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge

---

[1] One of Plaintiff's exhibits was sent as a corrupted file which has not been attached to this Order and will not be considered by the Court.